

# NUMBER 13-18-00243-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

YVETTE HERNANDEZ,                                                          Appellant,

v.

FIRST BANK D/B/A FIRST BANK
MORTGAGE, ITS SUCCESSORS
AND ASSIGNS,                                                              Appellee.

**On appeal from the County Court
of Willacy County, Texas.**

# ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

This cause is before the Court on appellant's fourth motion for extension of time to file the brief. Appellant's brief was originally due on September 27, 2018. This Court has previously granted appellant three extensions of time totaling 200 days to file the brief,

and appellant now seeks an additional 56 days, until June 10, 2019 to file the brief. Appellee has filed an objection to the motion and requests that this Court deny appellant's request and dismiss the appeal for failure to comply with appellant's briefing duties.

The Court, having fully examined and considered the extensions previously granted in this cause and appellee's objection, is of the opinion that appellant's fourth motion for extension of time to file a brief should be granted with order. The Court GRANTS IN PART and DENIES IN PART appellant's fourth motion for extension of time. This motion is GRANTED insofar as the Court will extend appellant's deadline to file his brief until May 15, 2019. This motion is DENIED insofar as the Court will not allow an extension until June 10, 2019. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances.

It is so ORDERED.

PER CURIAM

Delivered and filed the
22nd day of April, 2019.